PEOPLE ex rel. QUARANTO, Respondent, v. MOYNAHAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Proceeding by the People of the State of New York, on the relation of Gaetano

Quaranto, against Daniel Moynahan, as Collector of Assessments and Arrears of the City of New York. No opinion. Motion granted, without costs. See, also, 133 N. Y. Supp. 361.